W. Scott Holleman (#310266)
Marion C. Passmore (#228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
101 California Street, Suite 2710
San Francisco, California 94111
Telephone: (415) 365-714
Email: *holleman@bespc.com*
      *passmore@bespc.com*

*Counsel for Plaintiff James Carlson*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARLSON, Derivatively on Behalf of AMYRIS, INC.,<br><br>              Plaintiff,<br>  v.<br><br>JOHN DOERR, JOHN G. MELO, FRANK KUNG, KATHLEEN VALIASEK, GEOFFREY DUYK, CAROLE PIWNICA, R. NEIL WILLIAMS, PATRICK YANG, PHILIP EYKERMAN, CHRISTOPH GOPPELSROEDER, STEVEN MILLS, ABDULLAH BIN KHALIFA AL THANI, CHRISTOPHE VUILLEZ, and FERNANDO DE CASTRO REINACH,<br><br>              Defendants,<br>   -and-<br><br>AMYRIS, INC., a Delaware corporation,<br><br>              Nominal Defendant. | Case No.: 19-cv-06230-YGR<br>**ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>Judge: Honorable Yvonne Gonzalez Rogers<br>Courtroom: 4, 3rd Floor |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE plaintiff James Carlson ("Plaintiff"), derivatively on behalf of Amyris, Inc. ("Amyris"), hereby voluntarily dismisses, without prejudice, all claims and causes of action against all defendants in this action. No defendant has filed or served an answer or a motion for summary adjudication. Notice of voluntary dismissal to shareholders (*see* Federal Rules of Civil Procedure Rule 23.1(c)) is not required here because: (i) there has been no settlement or compromise of the action; (ii) there has been no collusion among the parties; (iii) neither plaintiff nor his counsel have received or will receive directly or indirectly any consideration from defendants for the dismissal; and (iv) the dismissal is without prejudice – Plaintiff and Amyris shareholders remain free to pursue these claims in the same or a similar action in the future.

Dated: December 10, 2019

Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

*/s/ W. Scott Holleman*
W. Scott Holleman (#310266)
Marion C. Passmore (#228474)
101 California Street, Suite 2710
San Francisco, California 94111
Telephone: (415) 365-714
Email: *holleman@bespc.com*
           *passmore@bespc.com*

**ORDER**

**IT IS SO ORDERED.**

**Dated: December 13, 2019**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE